UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE LUIS CAMACHO,

        Plaintiff,

v.

200 GRAMATAN PARTNERS LLC, and MENACHEM M. AUGESTEIN,

        Defendants.

---

Case No.: 23-CV-05063 (PGG) (BCM)

**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant 200 GRAMATAN PARTNERS LLC, by and through undersigned counsel, hereby offer to allow judgment be entered against them in this action, in favor of JOSE LUIS CAMACHO in the sum of Thirty Seven Thousand Five Hundred Dollars ($37,500.00) which will fully and finally resolve all of Plaintiff's claims for relief against the above named Defendants, including without limitation to, claims for unpaid wages, overtime, violation of the Fair Labor Standards Act, New York Labor Law, liquidated damages, statutory damages, punitive damages, emotional damages, costs, fees, reasonable attorneys' fees and costs, and all other sums or expenses arising out of otherwise related to the allegations which were asserted in this action, could have been asserted in this action, or are in any way related to Plaintiff's employment by Defendants. This judgment shall constitute full satisfaction and in complete relief of all federal, state, and local law claims or rights that Plaintiff may have to damages in this action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 16, 2023 and filed as Exhibit A to Docket Number 23;

**WHEREAS**, on November 16, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 23);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff JOSELUIS CAMACHO, in the sum of $37,500.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 16, 2023 and filed as Exhibit A to Docket Number 23. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: November 21, 2023
New York, New York

_____
U.S.D.J.